# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**URSULA MCGLONE,** *et al.*,

    **Plaintiffs,**

    vs.

**CENTRUS ENERGY CORP.,** *et al.*,

    **Defendants.**

Case No. 2:19-cv-2196

Chief Judge Algenon L. Marbley

Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter came before the Court for a Preliminary Pretrial Conference on October 22, 2019. Counsel for all parties appeared and participated in the conference.

As the Rule 26(f) Report reveals, the parties disagree as to whether discovery in this case should be stayed pending disposition of Defendants' forthcoming Motion to Dismiss, due on November 5, 2019, and if it does proceed, the scope of class discovery.[1] In order to conserve judicial resources and so that the two related cases can proceed somewhat in tandem, discovery in this case is temporarily **STAYED**. At the time Defendants file their Motion to Dismiss, they are **DIRECTED** to also file a Motion to Stay Discovery.

The Court will convene the parties as appropriate to establish a schedule and address the scope of class discovery following disposition of the Motion to Stay Discovery.

---

[1] The Court notes that Defendants intend to file a Motion to Dismiss in the related case, *Pritchard v. Centrus Energy Corp., et al.*, 2:19-cv-2777 (S.D. Ohio), which is also due November 5, 2019. They will file a Motion to Stay Discovery in this case as well. The Court will schedule a status conference in the case after Defendants have filed the Motions to Dismiss and to Stay Discovery.

**IT IS SO ORDERED.**

**DATED: October 24, 2019**

/s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS
CHIEF UNITED STATES MAGISTRATE JUDGE**