IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**URSULA MCGLONE,** *et al.*,

    **Plaintiffs,**

                              **Case No. 2:19-cv-2196**
                              **Chief Judge Algenon L. Marbley**
    **v.**                         **Chief Magistrate Judge Elizabeth P. Deavers**

**CENTRUS ENERGY CORP.,**
*et al.*,

    **Defendants.**

## **ORDER**

This matter came before the Court on May 5, 2020 for the monthly Discovery Conference. Counsel for all parties and Movant appeared and participated in the conference.

As discussed more fully on the record, the Court will permit the parties to begin the processes necessary to conduct a site inspection of Portsmouth Gaseous Diffusion Plant ("PORTS Plant") during this class-certification discovery period. Given the significant obstacles to obtaining access to the PORTS Plant together with the exigent circumstances caused by COVID-19, the Court anticipates this process will be lengthy.

The Motion to Quash (ECF No. 89) filed by Non-Party Ohio Department of Health remains at issue. The parties have not been able to resolve the matter.

Plaintiffs indicated that they intend to file a Complaint under the Resource Conservation and Recovery Act, the Clean Water Act and the Clean Air Act. They will move to consolidate the case with this one.

The Court will hold the next monthly Discovery Conference on **JUNE 2, 2020 at 2:00 P.M.**

**IT IS SO ORDERED.**

Date: May 7, 2020                    /s/ *Elizabeth A. Preston Deavers*
                                                              ELIZABETH A. PRESTON DEAVERS
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE