**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

URSULA MCGLONE, *et al.,*                    **:**

        Plaintiff(s),                    **:**          Case No. 2:19-cv-2196
      vs.                                                  Chief Judge Algenon L. Marbley
                              **:**          Chief Magistrate Judge Elizabeth P. Deavers

CENTRUS ENERGY CORP., *et al.,*              **:**

        Defendant(s).                    **:**

## NOTICE OF HEARING

    **TAKE NOTICE** that a Discovery Conference[1] will be held before the Honorable Elizabeth

A. Preston Deavers on **JULY 7, 2020** at **2:00 P.M. EST**.  The parties are directed to call **1-877-**

**336-1280,** enter access code **7598806#,** followed by security code **1234#.**


Date:    June 3, 2020

                                   *s/Sherry Nichols*
                                   Sherry Nichols, Deputy Clerk
                                   (614) 719-3461
                                   sherry_nichols@ohsd.uscourts.gov

---

[1] The parties will coordinate and provide a joint agenda to the Court by the Friday preceding the conference.