**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

URSULA MCGLONE, *et al.,*        **:**

          Plaintiff(s),        **:**     Case No. 2:19-cv-2196
      vs.                          Chief Judge Algenon L. Marbley
                                       **:**     Chief Magistrate Judge Elizabeth P. Deavers

CENTRUS ENERGY CORP., *et al.,*     **:**

          Defendant(s).        **:**

### NOTICE OF HEARING

    **TAKE NOTICE** that a Discovery Conference[1] will be held before the Honorable Elizabeth

A. Preston Deavers on **SEPTEMBER 1, 2020** at **2:00 P.M. EST**.  The parties are directed to call

**1-877-336-1280,** enter access code **7598806#**, followed by security code **1234#.**

                                       *s/Sherry Nichols*
Date:    August 10, 2020                  Sherry Nichols, Deputy Clerk
                                     (614) 719-3461
                                     sherry_nichols@ohsd.uscourts.gov

---

[1] The parties will coordinate and provide a joint agenda to the Court by the Friday preceding the conference.