UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| URSULA MCGLONE, *et. al.* <br><br> Plaintiffs <br><br> v. <br><br> CENTRUS ENERGY CORP., *et al.* <br><br> Defendants | Case No. 2019-cv-02196-ALM-EPD <br><br> Chief Judge Algenon L. Marbley <br><br> Chief Magistrate Judge Elizabeth Preston Deavers |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS JULIA DUNHAM, C.D., AND K.D.

Plaintiffs, Julia Dunham, C.D., and K.D., minor children, by and through their parent and natural guardian, Julia Dunham, hereby file this notice of dismissal without prejudice under Fed.R.Civ.P. 41(a)(1)(A)(i).

This dismissal applies only to Plaintiffs Julia Dunham and her children, C.D. and K.D. It does not apply to any other Plaintiffs in this action.

Respectfully submitted,

/s/ *Stuart E. Scott*
Stuart E. Scott (0064834)
Kevin C. Hulick (0093921)
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
sscott@spanglaw.com
khulick@spanglaw.com

Mark Underwood (*pro hac vice*)
**Underwood Law Office**
923 Third Avenue
Huntington, WV  25701
Telephone: (304) 209-4387
markunderwood@underwoodlawoffice.com

Jason Leasure (0081684)
**Vital & Vital, L.C.**
536 Fifth Avenue
Huntington, WV  25701
Telephone: (304) 525-0320
jleasure@vitallc.com

Celeste Brustowicz (*pro hac vice*)
Stuart H. Smith (*pro hac vice*)
Stephen H. Wussow (*pro hac vice*)
Victor Cobb (*pro hac vice*)
**Cooper Law Firm, LLC**
1525 Religious Street
New Orleans, LA  70130
Telephone: (504) 399-0009
cbrustowicz@sch-llc.com
swussow@sch-llc.com

Kevin W. Thompson (*pro hac vice*)
David R. Barney, Jr. (*pro hac vice*)
**Thompson Barney**
2030 Kanawha Boulevard, East
Charleston, WV  25311
Telephone: (304) 343-4401
Facsimile: (304) 343-4405
kwthompsonwv@gmail.com
drbarneywv@gmail.com

***Counsel for Plaintiffs and the Proposed Class***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 18th day of August 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Stuart E. Scott
Stuart E. Scott
Kevin C. Hulick
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
sscott@spanglaw.com
khulick@spanglaw.com

*Counsel for Plaintiffs and the Proposed Class*