# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| URSULA MCGLONE, *et al.* | ) | Civil Action No. 2:19-cv-02196-ALM-EPD |
| | ) | |
| Plaintiffs, | ) | Chief Judge Algenon L. Marbley |
| | ) | |
| v. | ) | Chief Magistrate Judge |
| | ) | Elizabeth A. Preston Deavers |
| CENTRUS ENERGY CORP., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING
## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT

This matter is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Fourth Amended Complaint. Having considered the Motion, and being otherwise sufficiently advised, the Motion is hereby GRANTED. Defendants shall have up to and including May 24, 2021 to respond to Plaintiffs' Fourth Amended Complaint.

Dated: April 6, 2021

　　　　　　　　　　　　　　　　　　　　s/ *Elizabeth A. Preston Deavers*
　　　　　　　　　　　　　　　　　　　　Elizabeth A. Preston Deavers
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge