**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| URSULA MCGLONE, *et al.*, | **:** | |
| Plaintiffs, | **:** | Case No. 2:19-cv-2196 |
| vs. | | Chief Judge Algenon L. Marbley |
| | **:** | Magistrate Judge Elizabeth P. Deavers |
| CENTRUS ENERGY CORP.., *et al.,* | **:** | |
| Defendants. | **:** | |

**NOTICE OF HEARING**

**TAKE NOTICE** that a Discovery Conference[1] will be held before the Honorable Elizabeth

A. Preston Deavers on **October 13, 2021** at **3:00 PM EST**.   The parties are directed to

call **1-877-336-1280,** enter access code **7598806#**, followed by security code **1234#.**

DATE: September 7, 2021                         *s/Jodi L. Keener*
                                                                Jodi L. Keener    (614) 719-3460
                                                                Jodi_Keener@ohsd.uscourts.gov

---

[1]The Court is not available the first Tuesday of the month as typically scheduled.