IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**URSULA MCGLONE,** *et al.,*

       Plaintiff(s),                     Civil Action 2:19-cv-2196
                                           Chief Judge Algenon L. Marbley
   v.                                          Magistrate Judge Elizabeth P. Deavers

**CENTRUS ENERGY CORP.,**
*et al.,*

       Defendant(s).

## NOTICE

**TAKE NOTICE** that a Telephonic Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **APRIL 11, 2022** at **11:00 A.M**. The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

**Date: April 1, 2022**                             *s/Sherry Nichols*
                                                      Sherry Nichols, Courtroom Deputy
                                                        Sherry_Nichols@ohsd.uscourts.gov
                                                       614-719-3460