**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

URSULA MCGLONE, *et al.,*                    :

        Plaintiff(s),                    :     Case No. 2:19-cv-2196
   vs.                                             Chief Judge Algenon L. Marbley
                           :     Magistrate Judge Elizabeth P. Deavers

CENTRUS ENERGY CORP., *et al.,*              :

        Defendant(s).                    :

## NOTICE OF HEARING

**TAKE NOTICE** that a Discovery Conference[1] will be held before the Honorable

Elizabeth A. Preston Deavers on **JUNE 16, 2022** at **3:00 P.M. EST**.   The parties are directed

to call **1-877-336-1280,** enter access code **7598806#**, followed by security code **1234#.**


                                      *s/Sherry Nichols*
Date:  May 10, 2022                          Sherry Nichols, Deputy Clerk
                                        (614) 719-3461
                                        sherry_nichols@ohsd.uscourts.gov

---

[1] The parties will coordinate and provide a joint agenda to the Court by the Tuesday preceding the conference.